UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) ) <br> MARKETING, SALES PRACTICES AND ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jessica Casey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10387-DRH |
| *Laura Cassil v. Bayer Corporation, et al.* | No. 14-cv-10043-DRH |
| *Hannah N. Cavaness v. Bayer Corporation, et al.* | No. 12-cv-10902-DRH |
| *Halle Chookazian v. Bayer Corporation, et al.* | No. 10-cv-12443-DRH |
| *Tiffany Clay v. Bayer Corporation, et al.* | No. 15-yz-00378-DRH |
| *Jessica Coker v. Bayer Corporation, et al.* | No. 09-cv-10135-DRH |
| *Rachael Coletti v. Bayer Corporation, et al.* | No. 11-cv-13220-DRH |
| *Kristina Collier-Foster, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12166-DRH |
| *Sandra Ivonne Inchauste Comboni v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10273-DRH |
| *Danielle Cooling v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10826-DRH |
| *Monique Corley v. Bayer Corporation, et al.* | No. 10-cv-12752-DRH |
| *Jennifer Cowden v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12726-DRH |
| *Stacy Cozart v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12707-DRH |
| *Vernita Crowder v. Bayer Corporation, et al.* | No. 12-cv-10506-DRH |

| | |
|---|---|
| *Janae Curtain v. Bayer Corporation, et al.* | No. 14-cv-10074-DRH |
| *Cathryn Danahey, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11324-DRH |
| *Erica Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10099-DRH |
| *Khaneesha Davis v. Bayer Corporation, et al.* | No. 10-cv-10096-DRH |
| *Holly Marie Demro v. Bayer Corporation, et al.* | No. 12-cv-11212-DRH |
| *Rhonda Dillon, et al. v. Bayer Corporation, et al.* | No. 14-cv-10319-DRH |
| *Katherine Duerr v. Bayer Corporation, et al.* | No. 11-cv-13212-DRH |
| *Jennifer Dzik, et al. v. Bayer Corporation, et al.* | No. 10-cv-20389-DRH |
| *Melody Edwards v. Bayer Corporation, et al.* | No. 12-cv-11370-DRH |
| *Ruby Edwards v. Bayer Corporation, et al.* | No. 09-cv-10089-DRH |
| *Julie Duke Endsley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13189-DRH |
| *Jennifer Farnsworth v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13553-DRH |
| *Terra Ferguson, individually and as administrator ad prosequendum of decedent Brittany Nichole Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10943-DRH |
| *Annie Fleischer v. Bayer Corporation, et al.* | No. 15-cv-20001-DRH |
| *Erin E. Fletcher v. Bayer Corporation, et al.* | No. 14-cv-10385-DRH |
| *Debbie Foster v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10003-DRH |
| *Kimberly Frydrych v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12551-DRH |

| | |
|---|---|
| *Gail Gannon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10143-DRH |
| *Heather L. Garrison, et al. v. Bayer Corporation, et al.* | No. 12-cv-10689-DRH |
| *Michelle Gauthier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11645-DRH |
| *Erika Geer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10007-DRH |
| *Carrie Gerling v. Bayer Corporation, et al.* | No. 09-cv-10026-DRH |
| *Nicole M. Giulitto, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13794-DRH |
| *Carrie Glass v. McKesson Corporation, et al.* | No. 10-cv-20392-DRH |
| *Julia Gonzales v. Bayer Corporation, et al.* | No. 10-cv-20024-DRH |
| *Tiffany Goodman v. Bayer Corporation, et al.* | No. 11-cv-20140-DRH |
| *Crow Grando v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11625-DRH |
| *Jennifer M. Green v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10389-DRH |
| *April Grimm, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-20014-DRH |
| *Victoria Guerra v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12564-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                              **JUSTINE FLANAGAN,**
                              **ACTING CLERK OF COURT**

                              BY:  /s/*Caitlin Fischer*
                                      **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.01.07 20:59:59 -06'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT